CLARENCE S. DINKELSPIEL, Individually and as a Stockholder and

Director of ASKIN AND MARINE COMPANY, Appellant, v. SAMUEL ASKIN, Individually and as President and Director of ASKIN AND MARINE COMPANY, and ASKIN AND MARINE COMPANY, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.